## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JEFFREY A. WRIGHT, | : | No. 103 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| LOWER SALFORD TOWNSHIP | : | |
| MUNICIPAL POLICE PENSION FUND, | : | |
| LOWER SALFORD TOWNSHIP | : | |
| MUNICIPAL POLICE PENSION FUND | : | |
| TRUSTEES, AND LOWER SALFORD | : | |
| TOWNSHIP BOARD OF SUPERVISORS, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.